**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** FBI
**City** Newton
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number 25-mj-3141-JDH
Search Warrant Case Number _____
R 20/R 40 from District of _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☐ No

**Defendant Information:**
Defendant Name: Edward Kay    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: Edward Sasha Kay, Edward John Kay Jr.; Edward John Korzeniewski
Address: _____
Birth date (Yr only): 1971    SSN (last 4#): _____    Sex: Male    Race: _____    Nationality: USA

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Allegra Flamm    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/10/2025    Signature of AUSA: *Allegra Flamm*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Edward Kay

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2261A | Stalking | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**