IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-mj-3141-JDH |
| ) | |
| EDWARD KAY, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States hereby moves this Court to unseal the complaint, supporting affidavit, and JS45. In support of this motion the government states that the defendant was arrested on July 16, 2025, and there is no further need to keep these documents sealed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Allegra K. Flamm*
Allegra K. Flamm
Assistant U.S. Attorney
Date: July 16, 2025

SO ORDERED.

_____
Hon. Jessica D. Hedges
United States Magistrate Judge